UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY WALKER,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JAMES (JIM) COOPER,<br><br>Defendant. | No. 2:25-cv-1524 DJC CSK P<br><br><br><br>FINDINGS & RECOMMENDATIONS |

Plaintiff is a county inmate, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 22, 2025, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted.  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the Court's order.

In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the Court finds the factors weigh in favor of dismissal.

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure
2 to prosecute.  See Fed. R. Civ. P. 41(b).
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, plaintiff may file written objections
6 with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
8 failure to file objections within the specified time may waive the right to appeal the District
9 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 5, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/walk1524.fta